## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Demetrius Gilliam, on behalf of himself and others similarly situated, | ) ) ) CIVIL ACTION NO. 5:14-CV-14685 ) |
| Plaintiff, | ) JUDGE JOHN CORBETT O'MEARA ) |
| vs. | ) ) |
| Turning Point Solutions LLC, | ) ) |
| Defendant. | ) |

_____

### NOTICE OF DISMISSAL WITHOUT PREJUDICE
_____

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, notice is hereby given that Plaintiff has filed with the Clerk of the United States District Court of the Eastern District of Michigan Plaintiff's Notice of Dismissal of Case Without Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted,

Dated:  May 11, 2015

/s/ Ronald S. Weiss
Ronald S. Weiss
7035 Orchard Lake Road, Suite 600
West Bloomfield, MI 48322
Phone 248-737-8000
RWeiss@MichiganLemonLaw.com

**MICHAEL L. GREENWALD**
GREENWALD DAVIDSON RADBIL PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Phone: 561-826-5477

Fax: 561.961.5684
mgreenwald@gdrlawfirm.com

Counsel for Plaintiff and the Proposed Class

**CERTIFICATE OF FILING**

I hereby certify that on May 11, 2015 the above document(s) was electronically filed with the Clerk of the Court using the ECF system.

I DECLARE THAT THE FOREGOING STATEMENT IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

/s/ Ronald S. Weiss
Ronald S. Weiss (P48762)
Local Counsel for Plaintiff